UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>                    Defendants. | NO: 2:13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER GRANTING DISMISSAL OF RICHARD MALET-VEALE |

**BEFORE THE COURT** is Plaintiff's Stipulated Motion to Dismiss Richard Malet-Veale, ECF No. 16, as a defendant in this matter pursuant to the settlement agreement reached between the respective parties.

ORDER GRANTING DISMISSAL RICHARD MALET-VEALE ~ 1

Having reviewed the motion and relevant filings and being fully informed, the Courts finds good cause exists to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 16**, is **GRANTED**.

2. Richard Malet-Veale is hereby dismissed as a defendant in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Richard Malet-Veale** as a defendant in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 19th day of February 2014.

                                          *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                          Chief United States District Court Judge