UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>　　　　　　　Defendants. | NO:  2:13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER GRANTING DISMISSAL OF DEFENDANTS KEN BOISVERT AND LAURIE BOISVERT |

**BEFORE THE COURT** is Plaintiff's Stipulated Motion to Dismiss Ken Boisvert and Laurie Boisvert, ECF No. 9, as defendants in this matter. Having reviewed the motion and relevant filings and being fully informed, the Courts finds good cause exists to grant the motion.

ORDER GRANTING DISMISSAL OF DEFENDANTS KEN BOISVERT AND LAURIE BOISVERT ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Dismiss, **ECF No. 9**, is **GRANTED**.

2. Ken Boisvert and Laurie Boisvert are hereby dismissed as defendants in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Ken Boisvert and Laurie Boisvert** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 3rd day of March 2014

                                  *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                             Chief United States District Court Judge