LF 9033 adv-no obj (11/12)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 09-06194-FPC11 |
| | ) | |
| LLS America, LLC | ) | Adv. Proc. No. 11-80299-FPC |
|       Debtor(s) | ) | |
| | ) | DC Case No. CV-11-357-RMP |
| | ) | |
| Bruce P. Kriegman | ) | **TRANSMITTAL OF PROPOSED** |
|       Plaintiff | ) | **FINDINGS OF FACT AND CONCLUSIONS** |
| | ) | **OF LAW AND CERTIFICATION THAT** |
| Mark Bigelow, et al., | ) | **OBJECTIONS HAVE NOT BEEN FILED** |
|       Defendant | ) | |

To:    United States District Court
          Eastern District of Washington
          PO Box 1493
          Spokane, WA 99210-1493

          Case Name:     LLS America, LLC

          Bankruptcy Case #:     09-06194-FPC11

          Adversary #:     11-80299-FPC

          Bankruptcy Judge:     Frederick P. Corbit

From:    United States Bankruptcy Court
            Eastern District of Washington
            PO Box 2164
            Spokane, WA 99210-2164

Notice was provided to the parties as required by FRBP 9033(a). The time for filing objections has expired and none have been filed.

Dated: March 4, 2014

                                                                Clerk, U.S. Bankruptcy Court

                                                                by:   /s/ Kerrie Masters
                                                                Deputy Clerk

**So Ordered.**



_Frederick P. Corbit_
**Frederick P. Corbit
Bankruptcy Judge**

**Dated: February 14th, 2014**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | DC Case No. CV-11-357-RMP<br><br>Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARK BIGELOW, et al.,<br><br>Defendants. | Adversary No. 11-80299-FPC11<br><br>REPORT AND RECOMMENDATION RE: DEFAULT JUDGMENT AGAINST DEFENDANT MIKE TULLOS |

The Honorable Frederick P. Corbit, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendant Mike Tullos (ECF No. 619) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: DEFAULT JUDGMENT ~ Page 1

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Granting Joinder and Withdraw of Reference and Referring Back to Bankruptcy Court for Further Proceedings entered on April 25, 2012 (ECF No. 28) in district court case number CV-11-357-RMP.

The recommendation is that plaintiff's Motion for Entry of Default Judgment Against Defendant Mike Tullos (ECF No. 619) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that an Order of Default Against Defendant Mike Tullos was entered in the bankruptcy court on November 20, 2013 (ECF No. 595).

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA  99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | US District Case No.  11-CV-357-RMP |
| LLS AMERICA, LLC, | Bankruptcy No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, | Adversary No. 11-80299-FPC 11 |
| | DEFAULT JUDGMENT AGAINST DEFENDANT MIKE TULLOS |
| Plaintiff, | |
| v. | |
| MARK BIGELOW, et al., | |
| Defendants. | |

JUDGMENT SUMMARY

1. Judgment Creditor:    Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:    Witherspoon Kelley

3. Judgment Debtors:    Mike Tullos

DEFAULT JUDGMENT- 1

{S0838150; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

| | | | |
|---|---|---|---|
| 4. | Attorneys for Judgment Debtors: | | Pro Se |
| 5. | Judgment Amount (Principal): | $ | 92,164.00 USD |
| 6. | Interest Rate on Judgment: | .11% | (28 USC § 1961) |

This Court having previously entered an Order of Default against Defendant Mike Tullos (Ct. Rec. 595), and having reviewed the previously filed Memorandum of Authorities (Ct. Rec. 591), and the Affidavits of Curtis Frye and Shelley Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Mike Tullos as follows:

1. Monetary Judgment in the amount of $91,914.00 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $91,914.00 USD made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant Mike Tullos are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from

DEFAULT JUDGMENT- 2

{S0838150; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

Defendant Mike Tullos for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. All proofs of claim of the Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Mike Tullos or his affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Mike Tullos shall not be entitled to collect on his proof of claim (Claim No. 376) until the monetary judgment is satisfied by Defendant Mike Tullos in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $92,164.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2014.

_____
Honorable Rosanna Malouf Peterson

DEFAULT JUDGMENT- 3

{S0838150; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

*Presented by:*

WITHERSPOON · KELLEY

_s/ Shelley N. Ripley_
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Plaintiff

DEFAULT JUDGMENT- 4

{S0838150; 1 }



Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728