UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                   Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>                   Defendants. | NO:  2:13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80302-PCW11<br>Adv. Proc. No. 11-80297-PCW11<br><br>ORDER ADOPTING BANKRUPTY COURT'S REPORT AND RECOMMENDATION RE DEFAULT JUDGMENT AGAINS MIKE TULLOS |

**BEFORE THE COURT** is the Report and Recommendation of the Bankruptcy Court re Default Judgment Against Mike Tullos, ECF No. 36.  An objection deadline was set for March 18, 2014, and no objections have been filed.

ORDER ADOPTING BANKRUPTY COURT'S REPORT AND RECOMMENDATION RE DEFAULT JUDGMENT AGAINS MIKE TULLOS~1

Having reviewed the Report and Recommendation and the Order of Default Against Defendant Mike Tullos entered in the Bankruptcy Court on November 20, 2013, at BKC ECF No. 595, the Court finds good cause to adopt the report and recommendation.  Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, **ECF No. 36**, is **ADOPTED** in its entirety.  Default Judgment shall be entered forthwith.

The District Court Clerk is directed to enter this Order and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 31st day of March 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING BANKRUPTY COURT'S REPORT AND RECOMMENDATION RE DEFAULT JUDGMENT AGAINS MIKE TULLOS~2