UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor.<br><br>BRUCE P. KRIEGMAN, solely in his capacity as Liquidating Trustee for LLS America, LLC,<br><br>Plaintiff,<br>v.<br><br>ROBERT LOXTON, et al.,<br><br>Defendants. | Case No. 13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adversary No. 11-80299<br><br>ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE |

THIS MATTER came on consideration upon the Motion of Plaintiff for an Order of Default against Defendants Jim Seville and Marlen Seville, and it appearing from the file and records of this Court and from Plaintiff's Declaration detailing Plaintiff's efforts to effect service of process on Defendants Jim Seville and Marlen, BKC ECF No. 608, and that Defendants have failed to answer or

ORDER OF DEFAULT - 2

otherwise defend against the Complaint in this matter, **IT IS ORDERED AND ADJUDGED** that

1. Plaintiff's Motion for Entry of Default, **ECF No. 28**, is **GRANTED**.

2. Defendants Jim Seville and Marlen Seville are in default, and default judgment of said Defendants shall be entered forthwith.

The District Court Clerk is directed to enter this Order, enter default against Defendant Jim Seville and Marlen Seville and provide copies to counsel and to any pro se defendants.

**DATED** this 31st day of March 2014.

                                          *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge