UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                     Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>                     Defendants. | NO:  CV-13-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80299-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE |

<u>JUDGMENT SUMMARY</u>

Judgment Creditor:    Bruce P. Kriegman, solely in his capacity as the Liquidating Trustee under the Confirmed Plan of the Debtor

DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE ~ 1

|   |   |   |
|---|---|---|
| Attorneys for Judgment Creditor: | | Witherspoon Kelley |
| Judgment Debtor: | | Jim Seville and Marlen Seville |
| Attorney for Judgment Debtor: | | Pro Se |
| Judgment Amount: | | $69,852.57 USD |
| Interest on Judgment: | | .11% (28 U.S.C. § 1961) |

The Court, having previously entered an Order Granting Plaintiff's Motion for Entry of Default and being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendants Jim Seville and Marlen Seville as follows:

1. Monetary Judgment in the amount of CAD $69,602.57 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $69,602.57 USD made to the Defendants within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE ~ 2

3. All said transfers to Defendants Jim Seville and Marlen Seville are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants Jim Seville and Marlen Seville for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

4. All proofs of claim of Defendants Jim Seville and Marlen Seville which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendants Jim Seville and Marlen Seville or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein, and Defendants Jim Seville and Marlen Seville shall not be entitled to collect on their proof of claim (Claim No. 344) until the monetary judgment is satisfied by Defendants Jim Seville and Marlen Seville in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $69,852.57 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE ~ 3

1  The District Court Clerk is directed to enter this Judgment and provide
2  copies to counsel and to pro se defendants, and **terminate Jim Seville and Marlen**
3  **Seville as defendants in this case**.
4  **IT IS SO ORDERED**.
5  **DATED** this 31st day of March 2014.

6

7                                              *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
8                                        Chief United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

DEFAULT JUDGMENT AGAINST DEFENDANTS JIM SEVILLE AND MARLEN SEVILLE ~ 4