UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | Case No. 13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as Liquidating Trustee for LLS America, LLC,<br><br>Plaintiff,<br>v.<br><br>BRAWN RESTORATIONS, LTD., et al.,<br><br>Defendants. | Adversary No. 11-80302<br><br><br>ORDER OF DEFAULT AGAINST DEFENDANTS EDMUND AND LINDA OXLEY |

THIS MATTER came on consideration upon the Motion of Plaintiff for an Order of Default against Defendants Edmund and Linda Oxley, and it appearing from the file and records of this Court in this cause that service of the Summons and Complaint was properly served upon Defendants on August 4, 2011 (Adv.

ORDER OF DEFAULT - 2

Doc. No. 19) and that the Defendants have failed to answer or otherwise defend against the Complaint in this matter, **IT IS ORDERED AND ADJUDGED** that

1. Plaintiff's Motion for Entry of Default, **ECF No. 33**, is **GRANTED**.

2. Defendants Edmund and Linda Oxley are in default, and default of said Defendants is hereby entered.

The District Court Clerk is directed to enter this Order, enter default against Defendant Edmund and Linda Oxley, and provide copies to counsel and to any pro se defendants.

**DATED** this 2nd of April 2014.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
     Chief United States District Court Judge