UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                          Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>                          Defendants. | NO:  CV-13-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80299-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS EDMUND OXLEY AND LINDA OXLEY |

<u>JUDGMENT SUMMARY</u>

Judgment Creditor:	Bruce P. Kriegman, solely in his capacity as the Liquidating Trustee under the Confirmed Plan of the Debtor

DEFAULT JUDGMENT AGAINST DEFENDANTS EDMUND OXLEY AND LINDA OXLEY ~ 1

|   |   |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtor: | Edmund Oxley and Linda Oxley |
| Attorney for Judgment Debtor: | Pro Se |
| Judgment Amount: | $42,495.67 USD |
| Interest on Judgment: | .11% (28 U.S.C. § 1961) |

The Court, having previously entered an Order Granting Plaintiff's Motion for Entry of Default and being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendants Edmund Oxley and Linda Oxley as follows:

1. Monetary Judgment in the amount of CAD $42,245.67 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $42,245.67 USD made to the Defendants Edmund and Linda Oxley within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANTS EDMUND OXLEY AND LINDA OXLEY ~ 2

3. All said transfers to Defendants Edmund Oxley and Linda Oxley are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants Edmund Oxley and Linda Oxley for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

4. All proofs of claim of Defendants Edmund Oxley and Linda Oxley which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendants Edmund Oxley and Linda Oxley or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein, and Defendants Edmund Oxley and Linda Oxley shall not be entitled to collect on their proof of claim (Claim No. 25) until the monetary judgment is satisfied by Defendants Edmund Oxley and Linda Oxley in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $42,495.67 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

DEFAULT JUDGMENT AGAINST DEFENDANTS EDMUND OXLEY AND LINDA OXLEY ~ 3

1  The District Court Clerk is directed to enter this Judgment and provide
2  copies to counsel and to pro se defendants, and **terminate Edmund Oxley and**
3  **Linda Oxley as defendants in this case**.
4  **IT IS SO ORDERED**.
5  **DATED** this 2nd day of April 2104.

         *s/ Rosanna Malouf Peterson*
         ROSANNA MALOUF PETERSON
         Chief United States District Court Judge

DEFAULT JUDGMENT AGAINST DEFENDANTS EDMUND OXLEY AND LINDA OXLEY ~ 4