UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT LOXTON, et al.,<br><br>　　　　　　　　　　Defendants. | NO: 13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT HASTY CHARITABLE REMAINDER TRUST |

**BEFORE THE COURT** is Plaintiff's Stipulated Motion to Dismiss Hasty Charitable Remainder Trust, ECF No. 61, as a defendant in this matter pursuant to the settlement agreement reached between the respective parties.

ORDER GRANTING DISMISSAL OF DEFENDANT HASTY CHARITABLE REMAINDER TRUST ~ 1

Having reviewed the motion and relevant filings and being fully informed, the Courts finds good cause exists to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 61**, is **GRANTED**.

2. Hasty Charitable Remainder Trust is hereby dismissed as a defendant in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Hasty Charitable Trust** as a defendant in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 3rd day of July 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge