UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br>v.<br><br>ROBERT LOXTON, et al.,<br><br>                    Defendants. | NO: 13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-FPC<br><br>Adv. Proc. No. 11-80173-FPC<br><br>ORDER DISMISSING DEFENDANTS DOUGLAS STANLEY AND TERRY STANLEY WITH PREJUDICE |

Before the Court is Plaintiff's Motion to Dismiss Douglas Stanley and Terry Stanley as defendants, which is based on Plaintiff's explanation that the disputed matters between Plaintiff and these defendants are fully resolved. ECF No. 78.

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Defendants Douglas Stanley and Terry Stanley, **ECF No. 78**, is **GRANTED**.

2. Defendants Douglas Stanley and Terry Stanley are dismissed as defendants in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Douglas Stanley and Terry Stanley** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 5th day of November 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge