UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>    Debtor,<br>―――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>    Plaintiff,<br>v.<br><br>ROBERT LOXTON, et al.,<br><br>    Defendants. | NO: 13-CV-417-RMP<br><br>Bankr. Case No. 09-06194-FPC<br><br>Adv. Proc. No. 11-80173-FPC<br><br>ORDER DISMISSING DEFENDANT ROBERT LOXTON WITH PREJUDICE |

Before the Court is Plaintiff's Motion to Dismiss Robert Loxton as a defendant, which is based on Plaintiff's explanation that the disputed matters between Plaintiff and Defendant Loxton are fully resolved. ECF No. 77.

ORDER DISMISSING DEFENDANT ROBERT LOXTON WITH PREJUDICE ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Defendant Robert Loxton, **ECF No. 77**, is **GRANTED**.

2. Defendant Robert Loxton is dismissed as a defendant in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Robert Loxton** as a defendant in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 5th day of November 2014.

      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING DEFENDANT ROBERT LOXTON WITH PREJUDICE ~ 2